UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
**CELESTE ARLEANE MCBRIDE,**            Case No. 21-44379
           Chapter 13
       Debtor.            Judge GRETCHKO
_____/

## DEBTOR'S OBJECTION TO PROOF OF CLAIM

NOW COMES Debtor, **CELESTE ARLEANE MCBRIDE**, by and through his/her undersigned counsel, and for his/her objection submits as follows:

1. **Michigan Department of Treeasury**, (hereafter, "Creditor") filed an amended proof of claim on **11/08/2021** (Pacer Claim No. **9**).

2. The Debtor objects to this claim filed by the Creditor in the amount of **$16,871.42,** the priority claim being **$6,962.67,** because the claim includes an estimated amount for the 2018 tax year for the City of Detroit when Debtor neither worked nor lived in the City of Detroit in 2018.

3. Specifically, the Creditor has included $1,000.00 with the notation that this is estimated for the 2018 tax year in the priority portion of the claim.

4. Debtor's counsel has contacted the Michigan Department of Treasury on multiple occasions to resolve this issue, including providing documentation regarding Debtor's address and place of employment in 2018. Debtor's counsel has as of the filing of this Objection received no response.

5. Debtor requests the claim be reduced to **$15,871.42**, and the priority portion of the claim be reduced to **$5,962.67**.

**WHEREFORE**, the Debtor requests this Honorable Court reduce **Claim No. 9** filed by the Creditor, and grant any other further relief as this Court deems equitable and just.

Dated: 2/3/2022            **/s/ Heather D. McGivern**
           Attorneys for Debtor
           Charissa Potts (P73247)
           Heather D. McGivern (P59393)
           Freedom Law, PC
           Kennedy Building
           18121 E. Eight Mile Rd., Suite 301
           Eastpointe, MI 48021
           313.887.0807
           info@freedomlawpc.com